UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AZALEA MALLORY,<br><br>                                      Plaintiff,<br><br>                    -v-<br><br>1667 FIRST GOTHAM PIZZA INC., et al.,<br><br>                                      Defendants. | 19 Civ. 10164 (PAE) (SN)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a proposed Clerk's certificate of default against defendants 1667 First Gotham Pizza Inc. and 356 East 87th Street Realty LLC, Dkt. 8, and an affirmation from Donald Weiss, Esq., plaintiff's counsel, in support of that certificate, Dkt. 10. The Clerk's office has also issued the certificate of default. Dkt. 10. If plaintiff is seeking a default judgment as to these defendants, she must first file a motion for a default judgment.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_Paul A. Engelmayer_
　　　　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: February 14, 2020
　　　　　New York, New York